**No. 09-10949. Timothy Darnell Blackwell, Petitioner v. United States.**

561 U.S. 1018, 130 S. Ct. 3489, 177 L. Ed. 2d 1078, 2010 U.S. LEXIS 5226.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 370 Fed. Appx. 413.